1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          Natalie.Lee2@usdoj.gov
8
   Attorneys for United States of America
9

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12               OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,            )   No. CR 13-0554 JST
14                                      )
               Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
15                                      )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
        v.                              )
16                                      )   Date: Dec. 20, 2013
   GUILLERMO ESPARZA,                   )   Time: 9:30 a.m.
17             Defendant.               )
                                        )
18 _____)

19        On November 15, 2013, the parties made an initial status appearance before the Court.  During

20 that status appearance, the parties explained to the Court that most of the discovery had been provided to

21 defense counsel, but that defense counsel was awaiting the delivery of additional discovery such as lab

22 and cell phone forensics.  Therefore, the parties requested, and the Court ordered, that another status

23 appearance be set for December 20, 2013, at 9:30 a.m.  The parties also requested, and the Court

24 ordered, that the time between November 15, 2013 and December 20, 2013, be excluded from the

25 running of the speedy trial clock for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(B)(iv).

26 The parties agree that, taking into account the public interest in prompt disposition of criminal cases,

27 good cause exists for this extension.  The parties also agreed that the ends of justice served by granting

28 such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18

U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: November 15, 2013          _____/S/_____

NATALIE LEE
Assistant United States Attorney

DATED: November 15, 2013          _____/S/_____

ELLEN LEONIDA
Attorney for Guillermo Esparza

     For the reasons stated above, the Court finds that the exclusion of time from November 15, 2013 through December 20, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATE: November 18, 2013          _____

HONORABLE JON S. TIGAR
United States District Judge